**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION<br>d/b/a U.S. BANK EQUIPMENT FINANCE | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26-cv-02983 |
| | ) | |
| v. | ) | |
| | ) | |
| NIKO LOGISTICS CORPORATION | ) | |
| and ROBERT MICOV, | ) | |
| | ) | |
| Defendants. | ) | |

**INITIAL STATUS REPORT**

NOW COMES Plaintiff U.S. Bank National Association d/b/a U.S. Bank Equipment Finance ("U.S. Bank"), by and through counsel, and hereby submits its Initial Status Report as follows:

1. The Nature of the Case:

    A. Identify (names and contact information) for all attorneys of record for each party, including the lead trial attorney

    Attorneys for Plaintiff, U.S. Bank National Association d/b/a U.S. Bank Equipment Finance

    D. Alexander Darcy – Lead Trial Attorney
    Brendan L. Zdunek
    Darcy & Devassy, PC
    444 N. Michigan Ave., Suite 3270
    Chicago, IL 60611
    (312) 784-2400 (t)
    (312) 784-2410 (f)
    adarcy@darcydevassy.com
    bzdunek@darcydevassy.com

    None for Defendants

    B. Briefly describe the nature of the claims asserted in the complaint and any Counterclaims and/or third party claims

U.S Bank's claims arise from the alleged breach of a Loan and Security Agreement ("Agreement") between U.S. Bank as lender and Defendant NIKO LOGISTICS CORPORATION ("Niko") as borrower, for the financing of one (1) 2023 Peterbilt 389-Series Tractor. To secure Niko's obligations under the Agreement, Defendant ROBERT MICOV ("Micov") personally guaranteed the Agreements pursuant to a guaranty, which Micov breached as well.

    C.  Briefly identify the major legal and factual issues in the case.

The major legal and factual issues in the case are whether Niko and Micov (collectively, the "Defendants") breached the Agreement and the related guaranty.

    D.  State the relief sought by any of the parties.

U.S. Bank is seeking monetary damages from Niko and Micov, jointly and severally, in the amount of $148,220.23, plus prejudgment interest and attorneys' fees and costs. U.S. Bank is also seeking an Order of Replevin and Detinue against Niko for the return of the equipment financed under the Agreement.

2. Jurisdiction:

    A.  If jurisdiction over any claims is based on diversity or supplemental jurisdiction:

        1)  State whether/why the amount in controversy exceeds the jurisdictional threshold or whether there is a dispute regarding the amount in controversy (and, if so, the basis of that dispute).

The amount of controversy exceeds $75,000.

        2)  Identify the state of citizenship of each named party.

U.S. Bank is a citizen of the State of Ohio. Niko is a citizen of the State of Illinois.

Micov is a citizen of the State of Illinois.

3. Status of Service:

Neither of the defendants has been served yet. U.S. Bank had unsuccessful attempts at one address, but it has identified a new address for service. Service will be attempted at this new address soon.

4. Consent to Proceed before a United States Magistrate Judge:

Counsel for U.S. Bank has advised their client that they may proceed before a Magistrate Judge if the parties unanimously consent. There is no unanimous consent.

5. Motions:

   A. Briefly describe any pending motions.

There are no pending motions.

   B. State whether the defendant(s) anticipate responding to the complaint by filing an Answer or by means of motion.

Whether the defendant(s) anticipate responding to the complaint by filing an Answer or by means of motion is unknown at this time as the defendants have not been served yet.

6. Status of Settlement Discussions:

   A. Indicate whether any settlement discussions have occurred;

The parties have not had any settlement discussions.

   B. Describe the status of any settlement discussions;

The parties have not had any settlement discussions.

   C. Whether the parties request a settlement conference.

The parties do not request a settlement conference at this time.

Dated: April 22, 2026

Respectfully submitted,

U.S. BANK NATIONAL ASSOCIATION
d/b/a U.S. BANK EQUIPMENT FINANCE

By: /s/ Brendan L. Zdunek
D. Alexander Darcy (ARDC#: 06220515)
Brendan L. Zdunek (ARDC #: 6346553)
Darcy & Devassy PC
444 N. Michigan Ave., Suite 3270
Chicago, IL 60611
(312) 784-2400 (t)
(312) 784-2410 (f)
adarcy@darcydevassy.com
bzdunek@darcydevassy.com